AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.                                                          Case Number:   07-30069-001

ROBERT W. JENKINS
800 Prairie View Drive
Columbia, MO   65202

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
600 E. Monroe, Courtroom 3, Springfield, Illinois
on
**Thursday, July 12, 2007 at 11:30 a.m.**
before the
HONORABLE **UNITED STATES MAGISTRATE JUDGE BYRON CUDMORE**

To answer a(n) Indictment charging you with a violation of Title **18**, United States Code, Section(s) 1341

Brief description of offense:

Mail Fraud

DATE: **June 6, 2007**

s/John M. Waters
JOHN M. WATERS, CLERK

s/Marleen Cooke
BY:  DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |
| Check one box below to indicate the appropriate method of service |

[ ] Served personally upon the defendant at: _____

[X] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein ~~and mailed a copy of the summons to the defendant's last known address.~~
Name of person with whom the summons was left: Brenda Spencer, unknown forwarding address

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 7-5-07

C. Mauri Sheer
Name of United States Marshal

Randall W. Ginely
(by) Deputy United States Marshal

U. S. Marshals Service
P. O. Box 1581
Jefferson City, MO 65102

Remarks: Endeavors on 6-29-07 at 0830 + 1720 hours 7-5-07 spoke with Brenda Spencer who resides at 800 Prairie View. She stated Jenkins stays there on occasion but was out of town, but she did not know where he was. Summons was left with Ms. Spencer.