**E-FILED**
Thursday, 12 July, 2007  12:17:47 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: 07-30069 |
| | ) | |
| ROBERT W. JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please take notice that Patrick D. Hansen will appear as co-counsel for the United States of America in the above-referenced proceeding.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:    s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov