UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-30069 |
| ) | |
| ROBERT JENKINS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO MODIFY RELEASE CONDITIONS

NOW COMES the Defendant, ROBERT JENKINS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to modify the release conditions to allow him to travel within the Eastern District of Missouri for employment, and to permit travel to the Central District of Illinois to help arrange a family wedding. As grounds for the motion, Defendant states the following:

(1) Defendant was released in this case on condition that he maintain employment and reside in the Western District of Missouri in Columbia, Missouri, and with a travel restriction allowing travel within the Western District of Missouri and travel to the Central District of Illinois for court appearances;

(2) Defendant's employment ordinarily involves travel into some counties which are within the Eastern District of Missouri;

(3) Defendant's family is arranging a wedding in Quincy, Illinois and defendant would like to be permitted to assist;

(4) The United States by AUSA Patrick Hansen indicated no objection to travel for employment, but his position on the wedding preparations has not yet been determined.

Wherefore, the Defendant requests that this Court permit travel to the Eastern District of Missouri for employment purposes, and that the Court permit travel to the Central District of Illinois as approved by his pretrial supervision officer.

>Respectfully submitted,
>
>RICHARD H. PARSONS,
>Chief Federal Public Defender,
>
>By:    s/ Douglas J. Beevers
>Douglas J. Beevers
>Assistant Federal Defender
>600 East Adams Street, 2nd Floor
>Springfield, Illinois  62701
>Telephone: (217) 492-5070
>Fax: (217) 492-5077
>E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

       I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patrick Hansen  
Office of the United States Attorney  
318 S. Sixth Street  
Springfield, IL 62701

                                        By:  s/ Douglas J. Beevers  
                                             Douglas J. Beevers  
                                             Assistant Federal Defender  
                                             600 East Adams Street, 2nd Floor  
                                             Springfield, Illinois  62701  
                                             Telephone: (217) 492-5070  
                                             Fax: (217) 492-5077  
                                             E-mail: douglas_beevers@fd.org