UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  07-30069 |
| ) | |
| ROBERT W. JENKINS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

NOW COMES the Defendant, ROBERT W. JENKINS, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial dates in this cause for 60 days or as soon thereafter as convenient to the court. In support thereof, defendant states as follows:

1. This case is set for a final pre-trial hearing on Tuesday, September 4, 2007 at 11:30 a.m. and for trial on Tuesday, September 11, 2007, at 9:00 a.m.;

2. Defendant has not previously moved to continue this case;

3. Counsel just received 255 pages of discovery on August 13, 2007;

4. Defendant on pretrial release in Columbia, MO, approximately 190 miles from Springfield, IL. Defendant needs additional time to travel to Springfield to review this discovery with counsel;

5. The Government by AUSA Greg Gilmore has no objections to a continuance;

6. This motion is not made for the purpose of delay but is in the interests of justice for the reasons herein set forth.

WHEREFORE, the defendant ROBERT JENKINS, prays that this Honorable Court continue the scheduled final pre-trial and trial hearings in this cause for approximately 60 days or as soon thereafter as convenient to the Court.

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:  s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

PROOF OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Greg Gilmore
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

By:  s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org