UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-30069 |
| | ) | |
| ROBERT W. JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE TRIAL**

Now comes the Defendant ROBERT W. JENKINS by his attorney ROBERT A. ALVARADO, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the jury trial, presently scheduled for December 3, 2007, for at least 60 days.  In support defendant states as follows:

1. This case has been reassigned to the undersigned counsel from Assistant Federal Defender Doug Beevers.  Since that time counsel has met with Mr. Jenkins and reviewed part of the voluminous discovery with him.

2. However, counsel's mother passed away on September 20, 2007 after a long illness.  Since that time counsel has spent a considerable amount of time attending to family matters and the health concerns of counsel's father, and has been unable to meet with Mr. Jenkins again in order to prepare for trial or some other disposition.  Counsel also has active cases in three divisions within the Central District of Illinois (Peoria, Springfield, and Urbana), and the demands of those cases have left little time for trial preparation.

3. Furthermore, Mr. Jenkins resides in Columbia, Missouri, and arranging a mutually agreeable time to meet in the Springfield office is difficult under the best of circumstances.  Assistant U.S. Attorney Gilmore has offered Mr. Jenkins and counsel an opportunity to review

all of the discovery with the case agent in order to receive a full picture of the Government's case, an offer which we would like to accept.

4.  Assistant U.S. Attorney Greg Gilmore advises that he does not oppose this request. The Government, of course, had several years to investigate this case before presenting it for indictment. This is the first request by this counsel to continue the trial of this cause, although AFPD Beevers made one prior request.

5.  In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the jury trial to some future date.

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the jury trial in this cause for at least 60 days.

ROBERT W. JENKINS, Defendant

BY:   s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

2

following: Assistant United States Attorney Greg Gilmore, U.S. Attorney's Office, 318 South 6th St., Springfield, IL 62701-1806.

        s/ Robert A. Alvarado

        ROBERT A. ALVARADO
        Attorney for Defendant
        Federal Public Defender's Office
        401 Main St., Suite 1500
        Peoria, IL 61602
        Phone: (309) 671-7891
        Fax:: (309) 671-7898
        E-mail: robert_alvarado@fd.org