✎AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Friday, 25 January, 2008   01:38:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                                                                          Bar Number

Address

City                                          State                                  Zip Code

Phone Number                                                                                     Fax Number