UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
<u>SPRINGFIELD DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Docket No. 3:07-cr-30069-JES-BGC |
| ) | |
| ROBERT W. JENKINS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE**

    Now comes Attorney Dennis G. Woodworth, who enters his appearance on behalf of the Defendant, Robert W. Jenkins, and hereby moves this Honorable Court to continue the trial scheduled in this cause and in support thereof, states as follows:

    1. That the above-captioned matter is currently set for jury trial before the Honorable Jeanne E. Scott on February 5, 2008 at 9:00 a.m. A pretrial conference is scheduled for February 4, 2008 at 10:00 a.m.

    2. That Attorney Dennis G. Woodworth has just been retained by the Defendant to represent him in the above-captioned proceedings. That Attorney Dennis G. Woodworth has not received a copy of the charges or discovery, nor had the opportunity to investigate the facts of this case and therefore is not ready to proceed to trial in this matter.

    3. That this request for a continuance is brought in good faith in order to allow the Defendant and his counsel to be prepared for trial and is not an attempt to harass or delay the prosecution in this matter.

    WHEREFORE, the Defendant, Robert W. Jenkins, by and through his counsel, Dennis G.

Woodworth, respectfully prays that this Honorable Court enter an Order continuing the above-referenced matter to a date convenient to all parties herein, at least 90 days in the future, and for such other and further relief as this Court deems fair and just.

DATED: January 25, 2008

ROBERT W. JENKINS

By_____/s/ Dennis G. Woodworth_____
Dennis G. Woodworth, His attorney

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, IL  62301
Telephone (217) 221-4200

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to such interested parties, and in addition thereto I have sent a copy of said pleading to the following, first class mail, postage pre-paid:

| | |
|---|---|
| Mr. Gregory M. Gilmore | Mr. Patrick D. Hansen |
| United State's Attorney | United State's Attorney |
| Central District of Illinois | Central District of Illinois |
| Headquarters Office | Headquarters Office |
| 318 South 6th Street | 318 South 6th Street |
| Springfield, IL 62701-1806 | Springfield, IL 62701-1806 |

_____/s/ Dennis G. Woodworth_____
Dennis G. Woodworth, Attorney at Law

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, IL  62301
Telephone (217) 221-4200