UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Docket No. 3:07-cr-30069-JES-BGC |
| ) | |
| ROBERT W. JENKINS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

Now comes Attorney Dennis G. Woodworth, on behalf of the Defendant, Robert W. Jenkins, and hereby moves this Honorable Court to continue the trial scheduled in this cause and in support thereof, states as follows:

1. That the above-captioned matter is currently set for jury trial before the Honorable Jeanne E. Scott on June 3, 2008 at 9:00 a.m. A pretrial conference is scheduled for June 2, 2008 at 9:30 a.m.

2. That Attorney Dennis G. Woodworth has, within the past two weeks, just received voluminous documentation through the discovery process. That defense counsel's wife is scheduled to have C-section surgery, Thursday, May 15, 2008 and due to Attorney Woodworth's schedule, he will not have the opportunity to go through all said documentation and then provide a reciprocating discovery response to the prosecutors in this cause.

3. That furthermore, the Defendant and the prosecution in this case are attempting to resolve said matter by way of plea negotiation. That part of said negotiation is the requirement that the Defendant repay restitution up front. That it is going to take the Defendant time to make arrangements to pay said restitution if said plea negotiation is accepted.

4. That this request for a continuance is brought in good faith in order to allow the Defendant and his counsel to be prepared for trial and is not an attempt to harass or delay the prosecution in this matter.

WHEREFORE, the Defendant, Robert W. Jenkins, by and through his counsel, Dennis G. Woodworth, respectfully prays that this Honorable Court enter an Order continuing the above-referenced matter to a date convenient to all parties herein, at least 90 days in the future, and for such other and further relief as this Court deems fair and just.

Dated: May 12, 2008.

ROBERT W. JENKINS,

By _____
Dennis G. Woodworth, His Attorney

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois 62301
Telephone: 217-221-4200

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to such interested parties, and in addition thereto, I have sent a copy of said pleading to the following, first class mail, postage pre-paid:

Mr. Gregory M. Gilmore
United State's Attorney
Central District of Illinois
Headquarters Office
318 South 6th Street
Springfield, IL 62701-1806

Mr. Patrick D. Hansen
United State's Attorney
Central District of Illinois
Headquarters Office
318 South 6th Street
Springfield, IL 62701-1806

_____
Dennis G. Woodworth, Attorney at Law

2

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois  62301
Telephone: 217-221-4200