UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Criminal Docket No. 07-30069 ) |
| ROBERT W. JENKINS, | ) ) ) |
| Defendant. | ) |

### MOTION FOR ISSUANCE OF SUBPOENAS

Now comes the Defendant, Robert W. Jenkins, by his attorneys, and hereby petitions this Court pursuant to Federal Rule 17, that the Defendant be allowed to issue subpoenas and in support thereof, states as follows:

1. That the Defendant in the above-captioned case desires to subpoena certain documents for copying and inspection pursuant to Federal Rule 17(c)(1).

2. That Rule 17(c)(1) requires said items to be returned to the Court where the Court then may permit the parties and their attorneys to inspect all or part of them.

3. That it is the request of the Defendant that the Defendant be allowed to issue subpoenas pursuant to Federal Rule 17(c)(1) and that the return of said items be directed to the Defendant's attorney at the law office of Blickhan, Timmerwilke, Woodworth & Larson, 435 Hampshire Street, Quincy, Illinois 62301.

4. That it is the Defendant's request that he be allowed to serve the attached subpoenas in their current form.

WHEREFORE, the Defendant, Robert W. Jenkins, respectfully prays this Honorable Court enter an Order approving the attached subpoenas requiring the return of documents to the law firm

1

of Blickhan, Timmerwilke, Woodworth & Larson, 435 Hampshire Street, Quincy, Illinois 62301, and for such other and further relief as this Court deems fair and just.

Dated this _5th_ day of August, 2008.

                ROBERT JENKINS, Defendant,

                By _/s/ Dennis G. Woodworth_
                    Dennis G. Woodworth, His Attorney

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois  62301
Telephone: 217-221-4200
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on _August 5th_, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to such interested parties, and in addition thereto, I have sent a copy of said pleading to the following, first class mail, postage pre-paid:

| | |
|---|---|
| Mr. Gregory M. Gilmore<br>United State's Attorney<br>Central District of Illinois<br>Headquarters Office<br>318 South 6th Street<br>Springfield, IL 62701-1806 | Mr. Patrick D. Hansen<br>United State's Attorney<br>Central District of Illinois<br>Headquarters Office<br>318 South 6th Street<br>Springfield, IL 62701-1806 |

                _/s/ Dennis G. Woodworth_
                Dennis G. Woodworth, Attorney at Law

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA

V.

ROBERT W. JENKINS

SUBPOENA IN A
CRIMINAL CASE

Case Number: 07-30069

TO: Farmers Bank of Liberty
1002 N. Main
Liberty, IL 62347

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Law Offices of Blickhan, Timmerwilke, Woodworth & Larson<br>435 Hampshire Street<br>Quincy, IL 62301 | |
| | DATE AND TIME<br>8/28/2008 4:00 am |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

A copy of Joyce Parrack's complete file including all loan applications, financial statements, loan documents, and account information from the year 2000 to present.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO89 (Rev 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION

AO89 (Rev 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

CENTRAL             DISTRICT OF             ILLINOIS

| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | |
| ROBERT W. JENKINS | Case Number: 07-30069 |

TO: Tom Loughary
c/o Dental Associates of Jacksonville
1515 W. Walnut Street; No. 10
Jacksonville, IL 62650

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Law Offices of Blickhan, Timmerwilke, Woodworth & Larson<br>435 Hampshire Street<br>Quincy, IL 62301 | |
| | DATE AND TIME<br>8/28/2008 4:00 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**See attached Exhibit A**

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO  AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION

# Exhibit A

Copies of all tax returns, including all schedules for A & L Outdoors, Inc. from the date of inception to present; copies of all shareholder distributions from date of inception to present for A & L Outdoors, Inc.; a copy of the corporate book of A & L Outdoors, Inc. from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for A & L Outdoors, Inc. from the date of inception to the present.

Copies of all tax returns, including all schedules for BTS Inc. from the date of inception to present; copies of all shareholder distributions from date of inception to present for BTS Inc.; a copy of the corporate book of BTS Inc. from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements of BTS Inc. from the date of inception to the present.

Copies of all tax returns, including all schedules for LJL Joint Ventures from the date of inception to present; copies of all shareholder distributions from date of inception to present for LJL Joint Ventures; a copy of the corporate book of LJL Joint Ventures from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for LJL Joint Ventures from the date of inception to the present.

Copies of all tax returns, including all schedules for Bear Creek Farms LLC Trust 101 from the date of inception to present; copies of all shareholder distributions from date of inception to present for Bear Creek Farms LLC Trust 101; a copy of the corporate book of Bear Creek Farms LLC Trust 101 from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for Bear Creek Farms LLC Trust 101 from the date of inception to the present.

Copies of all tax returns, including all schedules for Bear Creek Farms LLC Trust 103 from the date of inception to present; copies of all shareholder distributions from date of inception to present for Bear Creek Farms LLC Trust 103; a copy of the corporate book of Bear Creek Farms LLC Trust 103 from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for Bear Creek Farms LLC Trust 103 from the date of inception to the present.

All phone records for your personal cell phone number from 1999 to present.

A copy of all phone records from your home telephone number from 1999 to present.

A copy of all office phone records (217-243-6489) from 1999 to present.