UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Docket No. 07-30069 |
| | ) |
| ROBERT W. JENKINS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

Now comes Attorney Dennis G. Woodworth, on behalf of the Defendant, Robert W. Jenkins, and hereby moves this Honorable Court to continue the trial scheduled in this cause and in support thereof, states as follows:

1. That the above-captioned matter is currently set for jury trial before the Honorable Jeanne E. Scott on September 9, 2008 at 9:00 a.m. A pretrial conference is scheduled for September 8, 2008 at 11:00 a.m.

2. That the United States of America has served a discovery letter upon the Defendant and his counsel. That the Defendant and his counsel are unable to comply with said discovery requests without subpoenaing necessary documentation.

3. That the Defendant, Robert W. Jenkins, has directed Attorney Dennis G. Woodworth to issue certain subpoenas in this cause which may not be able to be processed and served in ample time for the trial in this cause.

4. That Attorney Dennis G. Woodworth does not believe that there will be ample time to prepare for trial in this cause based upon the above circumstances. Furthermore, the Defendant and the prosecution in this case are still attempting to resolve said matter by way of plea negotiation.

5. That this request for a continuance is brought in good faith in order to allow the Defendant and his counsel to be prepared for trial and to fully comply with the prosecution's discovery letter and is not an attempt to harass or delay the prosecution in this matter.

WHEREFORE, the Defendant, Robert W. Jenkins, by and through his counsel, Dennis G. Woodworth, respectfully prays that this Honorable Court enter an Order continuing the above-referenced matter to a date convenient to all parties herein, at least 90 days in the future, and for such other and further relief as this Court deems fair and just.

Dated: August 12, 2008.

ROBERT W. JENKINS,

By /s/ Dennis G. Woodworth
Dennis G. Woodworth, His Attorney

Dennis G. Woodworth
BLICKHAN, TIMMERWILKE, WOODWORTH & LARSON
435 Hampshire Street
Quincy, Illinois 62301
Telephone: 217-221-4200

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to such interested parties, and in addition thereto, I have sent a copy of said pleading to the following, first class mail, postage pre-paid:

Mr. Gregory M. Gilmore
United State's Attorney
Central District of Illinois
Headquarters Office
318 South 6th Street
Springfield, IL 62701-1806

Mr. Patrick D. Hansen
United State's Attorney
Central District of Illinois
Headquarters Office
318 South 6th Street
Springfield, IL 62701-1806

/s/ Dennis G. Woodworth
Dennis G. Woodworth, Attorney at Law