IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 07-30069 |
| ) | |
| ROBERT W. JENKINS, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY RETURN OF SUBPOENAS

**NOW COMES** the United States of America, by Rodger Heaton, United States Attorney for the Central District of Illinois, through Patrick D. Hansen and Gregory Gilmore, Assistant United States Attorneys, and for its response to the defendant's "Motion for Early Return of Subpoenas," states as follows:

1. The defendant has asked to issue subpoenas for various records, with leave to require the delivery of the records prior to the date of trial. He seeks early compliance to give him the chance to review the records, if any, that are produced, as well as to comply with the government's demand for reciprocal discovery.[1] Fed.R.Cr.P. 16(b).

2. The government has no objection to the defendant's request for early return of the documents.

---

[1] The government delivered all of its documents to the defendant's designee for copying in April, 2008. A letter verifying the discovery and requesting reciprocal discovery was sent on or about May 2, 2008.

3.  The government has no information as to the existence or availability of the records sought by the subpoena, nor does it offer any opinion at this point as to whether the requests are overly broad or unduly burdensome.

Respectfully Submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:  s/Patrick D. Hansen
Patrick D. Hansen
Assistant United States Attorney
Illinois Bar No. 6187536
318 South 6th Street
Springfield, IL 62701
Telephone: (217) 492-4450
patrick.hansen@usdoj.gov