AO89  (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

CENTRAL          DISTRICT OF          ILLINOIS

UNITED STATES OF AMERICA

V.

ROBERT W. JENKINS

SUBPOENA IN A
CRIMINAL CASE

Case Number:  07-30069

TO:  Tom Loughary
c/o Dental Associates of Jacksonville
1515 W. Walnut Street; No. 10
Jacksonville, IL 62650

☑  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Federal Courthouse<br>600 East Monroe Street<br>Springfield, IL | 1 |
|  | DATE AND TIME |
|  | 09/17/08 @ 2:00 pm |

☑  YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See attached Exhibit A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| s/Pamela E. Robinson<br>(By) Deputy Clerk<br>s/ C. Taylor | 8-20-08 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES    ☐ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE                              SIGNATURE OF SERVER

                                                      ADDRESS OF SERVER

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## Exhibit A

Copies of all tax returns, including all schedules for A & L Outdoors, Inc. from the date of inception to present; copies of all shareholder distributions from date of inception to present for A & L Outdoors, Inc.; a copy of the corporate book of A & L Outdoors, Inc. from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for A & L Outdoors, Inc. from the date of inception to the present.

Copies of all tax returns, including all schedules for BTS Inc. from the date of inception to present; copies of all shareholder distributions from date of inception to present for BTS Inc.; a copy of the corporate book of BTS Inc. from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements of BTS Inc. from the date of inception to the present.

Copies of all tax returns, including all schedules for LJL Joint Ventures from the date of inception to present; copies of all shareholder distributions from date of inception to present for LJL Joint Ventures; a copy of the corporate book of LJL Joint Ventures from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for LJL Joint Ventures from the date of inception to the present.

Copies of all tax returns, including all schedules for Bear Creek Farms LLC Trust 101 from the date of inception to present; copies of all shareholder distributions from date of inception to present for Bear Creek Farms LLC Trust 101; a copy of the corporate book of Bear Creek Farms LLC Trust 101 from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for Bear Creek Farms LLC Trust 101 from the date of inception to the present.

Copies of all tax returns, including all schedules for Bear Creek Farms LLC Trust 103 from the date of inception to present; copies of all shareholder distributions from date of inception to present for Bear Creek Farms LLC Trust 103; a copy of the corporate book of Bear Creek Farms LLC Trust 103 from date of inception to present, including Articles of Incorporation, minutes, and resolutions; a copy of all bank statements for Bear Creek Farms LLC Trust 103 from the date of inception to the present.

All phone records for your personal cell phone number from 1999 to present.

A copy of all phone records from your home telephone number from 1999 to present.

A copy of all office phone records (217-243-6489) from 1999 to present.