AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

ROBERT W. JENKINS

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 07-30069

TO: Farmers Bank of Liberty
1002 N. Main
Liberty, IL 62347

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Federal Courthouse<br>600 East Monroe Street<br>Springfield, IL | 1 |
| | **DATE AND TIME**<br>09/17/08 @ 2:00 pm |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

A copy of Joyce Parrack's complete file including all loan applications, financial statements, loan documents, and account information from the year 2000 to present.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>s/Pamela E. Robinson<br><br>(By) Deputy Clerk<br>s/ C. Taylor | DATE<br><br>8-20-08 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | |

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES    ☐ NO    AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION